UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EZRA ROBERT GRAMM, | ) | |
| Movant, | ) | |
| v. | ) | No. 4:16CV560 AGF |
| UNITED STATES OF AMERICA, | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Ezra Gramm's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. Movant is challenging his judgment and sentence in *United States v. Gramm*, 6:12CR3079 DGK (W.D. Mo.). A Section 2255 motion must be filed in the court that imposed the sentence. *See* 28 U.S.C. § 2255(a). Therefore, this Court does not have jurisdiction over the motion.

Because movant is a prisoner proceeding pro se, the Court finds that it is in the interest of justice to transfer this action to the Western District to cure the want of jurisdiction. *See* 28 U.S.C. § 1631.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to **TRANSFER** this action to the United States District Court for the Western District of Missouri, Springfield Division.

Dated this 25th day of April, 2016.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE